

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-14-00245-CR
_____

STEVEN EDWARD BOYD, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 24,143-A; Honorable Dan Schaap, Presiding

August 1, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, Steven Edward Boyd, was convicted of robbery and is pursuing this appeal *pro se.* The *Trial Court's Certification of Defendant's Right to Appeal* filed in the case reflects that Appellant's case is a plea-bargained case with no right of appeal and that Appellant waived the right of appeal. The certification notwithstanding, Appellant filed a notice of appeal challenging his conviction.

By letter dated June 27, 2014, this Court notified Appellant of the consequences of the certification and invited him to either file an amended certification showing a right to appeal or demonstrate other grounds for continuing the appeal on or before July 17, 2014. On July 16, 2014, Appellant filed a response indicating as grounds for continuing his appeal that he had meritorious issues pending in the trial court and was awaiting information on appointment of counsel for purposes of this appeal. Appellant's response notwithstanding, he has not filed an amended certification reflecting a right of appeal nor established good cause for continuing this appeal. Consequently, we have no alternative but to dismiss the appeal based on the certification signed by the trial court. *See* TEX. R. APP. P. 25.2(d).

Patrick A. Pirtle
Justice

Do not publish.